FILED
JAN 2 2 2008
RICHARD W.
CLERK, U.S.
NORTHERN DISTR.

CV 08    0380

MJJ
350

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches ©,
Plaintiff

Civil No:

V.

PAT BUCHANAN; "Day of Reckoning";
"Death of the West"; "State of Emergency";
Defendants

**Complaint**

42 USC 1983 / TRO / Unpatriotic

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, Moves this Honorable Court under 42 USC 1983 and a TRO Against Buchanan. Buchanan has the influence to speak up about inmates in Jail that have their 6th amendment rights violated, he turns a blind eye on my mistreatment, and writes Anti-Government defense books instead. I'm a patriot, I love the United States of America. I request Freedom and Liberty.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
[signature]
Jonathan Lee Riches ©